**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**JOHN HANNIBAL, Individually
and on Behalf of Others Similarly
Situated, ET AL.**                                              **PLAINTIFFS**

**v.**                          **No. 4:12CV00753 KGB**

**LAWSON CONTRACTING, LLC**                                **DEFENDANT**

<u>**ORDER**</u>

Given the parties' settlement on or about September 20, 2013, the Court suspends its

Final Scheduling Order (Dkt. No. 11).  The Court will enter judgment dismissing all claims with

prejudice on October 21, 2013, unless one of the parties seeks some other action before that date.

SO ORDERED this 20th day of September, 2013.

_____
Kristine G. Baker
United States District Judge