IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOHN HANNIBAL, MARK GRAY ROBERTSON, JR.,
and ZABRIAN MITCHELL, INDIVIDUALLY AND
ON BEHALF OF OTHERS SIMILARLY SITUATED         PLAINTIFFS

v.                        Case No. 4:12-cv-00753 KGB

LAWSON CONTRACTING, LLC,
SHAWN LAWSON, AND BILLY LAWSON,
INDIVIDUALLY AND AS OWNERS/MANAGERS
OF LAWSON CONTRACTING, LLC                     DEFENDANTS

## ORDER

Before the Court is the parties' joint stipulation of dismissal (Dkt. No. 28). Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties jointly stipulate and agree that this cause of action has been resolved and request that the complaint and all claims in the action be dismissed with prejudiced. The parties also request that the Court retain jurisdiction for 60 days to vacate any order of dismissal that may be entered and to reopen the action if it is satisfactorily shown that resolution has not been completed and further litigation is necessary. For good cause shown, the Court grants the motion.

The Court hereby orders that the complaint and all claims in this action against defendants are dismissed with prejudice. The Court retains jurisdiction for 60 days from the entry of this order so that, if necessary, either party may request through motion that the case be reopened if resolution has not been completed and further litigation is necessary.

SO ORDERED this 15th day of October, 2013.

_____
Kristine G. Baker
United States District Judge